1 | MCGREGOR W. SCOTT
United States Attorney
2 | LAUREL D. WHITE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2780

**FILED**

**AUG 2 8 2003**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8 |            IN THE UNITED STATES DISTRICT COURT

9 |           FOR THE EASTERN DISTRICT OF CALIFORNIA

CR.S- **0 3 · 0 3 8 4 WBS**

11 | UNITED STATES OF AMERICA,    )
                                 )  CR. NO.
12 |            Plaintiff,        )
                                 )  VIOLATIONS: 18 U.S.C. § 2423(a) -
13 |       v.                     )  Interstate Travel of a Minor With
                                 )  the Intent of Engaging in
14 | MICHAEL LABRECQUE,           )  Criminal Sexual Activity (3
       aka Joseph and;           )  Counts); 18 U.S.C. § 2 - Aiding
15 | JULIETTE LABRECQUE,          )  and Abetting (3 Counts)
       aka Mary;                 )
16 |                             )
            Defendants.          )
17 | _____)

18 |              I N D I C T M E N T

19 | <u>COUNT ONE</u>:    [18 U.S.C. §§ 2423(a) and 2 - Interstate Travel of
                       a Minor With the Intent of Engaging in Criminal
20 |                   Sexual Activity; Aiding and Abetting.]

21 |    The Grand Jury charges:  T H A T

22 |                  MICHAEL LABRECQUE,
                          aka Joseph;
23 |                          and
                      JULIETTE LABRECQUE,
24 |                        aka Mary

25 | defendants herein, between on or about April 1, 1991, and

26 | October 4, 2001, starting in the Eastern District of California,

27 | and ending in the State and Northern District of Texas, did

28 | knowingly transport and aid and abet the transportation of a

1

3

minor identified as Victim 3, in interstate commerce with the
intent that Victim 3 engage in any sexual activity, for which any
person can be charged with a criminal offense, including but not
limited to Texas Penal Code Sections 21.11 and 22.021, all in
violation of Title 18, United States Code, Sections 2423(a) and
2.

COUNT TWO:       [18 U.S.C. §§ 2423(a)and 2 - Interstate Travel of
                 a Minor With the Intent of Engaging in Criminal
                 Sexual Activity; Aiding and Abetting.]

        The Grand Jury further charges:   T H A T

                        MICHAEL LABRECQUE,
                           aka Joseph

defendant herein, between on or about June 1, 1999, and
October 4, 2001, starting in the State and Northern District of
Texas and ending in the State and Eastern District of California,
did knowingly transport, and aid and abet the transportation of a
minor identified as Victim 1, in interstate commerce with the
intent that Victim 1 engage in any sexual activity, for which any
person can be charged with a criminal offense, including but not
limited to California Penal Code Sections 288, 288 a , 286, and
289, all in violation of Title 18, United States Code, Sections
2423(a) and 2.

COUNT THREE      [18 U.S.C. §§ 2423(a) and 2 - Interstate Travel of
                 a Minor With the Intent of Engaging in Criminal
                 Sexual Activity; Aiding and Abetting.]

        The Grand Jury further charges:   T H A T

                        MICHAEL LABRECQUE,
                           aka Joseph

defendant herein, between on or about October 1, 2000, and on or
about October 4, 2001, starting in the State and Northern

1 District of Texas and ending in the State and Eastern District of
2 California, did knowingly transport, and aid and abet the
3 transportation of a minor identified as Victim 2, in interstate
4 commerce with the intent that Victim 2 engage in any sexual
5 activity, for which any person can be charged with a criminal
6 offense, including but not limited to California Penal Code
7 Sections 288, and 288.a , all in violation of Title 18, United
8 States Code, Sections 2423(a) and 2.

9
10                                              A TRUE BILL.
11
12                                              FOREPERSON
13
   MCGREGOR W. SCOTT
14 United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

MICHAEL LABRECQUE, aka "Joseph"
and
JULIET LABRECQUE, aka "Mary"

## I N D I C T M E N T

**VIOLATIONS:** 18 U.S.C. § 2423(a) - Interstate Travel of a Minor
With the Intent of Engaging in Criminal Sexual Activity (3 Counts); 18
U.S.C. § 2 - Aiding and Abetting (3 Counts)

*A true bill,*

_____
                                              *Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ , *A.D. 20* _ _ _ _ _

_____
                                              *Clerk.*

*Bail, $* No Bail - Previously Ordered Detained in District
of Iowa (both defendants).

GPO 863 525

CR.S- 03 · 0384 WBS